Case 2:19-mj-05341-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 12/13/19   Page 2 of 13
Page ID #:32

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:19-MJ-05341 | Date and time warrant executed: 12/16/2019 0800 | Copy of warrant and inventory left with: DE LA MORA, LUIS CESAR |
| Inventory made in the presence of: | | |
| Inventory of the property taken and name of any person(s) seized: | | |

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

PLEASE REFER TO THE ATTACHED DEA-12s, TWO PAGES.

**Certification** (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 12/23/2019

Executing officer's signature

TFO TREVON SAILOR
Printed name and title

AUSA: Edward Han 213-894-8230

2:19-MJ-05341

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)
OCCUPANTS OF:
5046 LA JARA COURT
LAKEWOOD, CA

FILE NO. R1-19-0081
FILE TITLE
G-DEP IDENTIFIER

DATE 12/16/2019

DIVISION/DISTRICT OFFICE
LAFD

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | RUGER PISTOL, MODEL SR9 BLACK STEEL, NO SERIAL # | EVIDENCE |
| 1 | RUGER PISTOL SR9 9X19mm MAGAZINE W/ LOOSE AMMUNITIONS | |
| 1 | SAMSUNG CELLPHONE, BLACK IMEI# 354254092964209 | |
| 1 | SAMSUNG CELLPHONE, BLACK IMEI# 357847094744545 | |
| 2 | SAMSUNG CELLPHONES: BLACK # 352475107393850 BLUE # 356274105702758 | |
| 5 | SAMSUNG CELLPHONES - BLACK # 359962102941653 BLACK # 356212105833892 BLACK # 357847095426781 BLACK # 352475102329891 SILVER 355417090828291 | |

RECEIVED BY (Signature) [signature]
WITNESSED BY (Signature) [signature]

NAME AND TITLE (Print or Type)
TFO T. SAILOR
NAME AND TITLE (Print or Type)
TFO M. OROPEZA

FORM DEA-12 (8-02) Previous editions obsolete    Electronic Form Version Designed in JetForm 5.2 Version

G2O  U.S. GOVERNMENT PRINTING OFFICE: 2014 - 386-580

2:19-MJ-05341

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)
OCCUPANTS OF:
5046 LA JARA COURT
LAKEWOOD, CA

FILE NO. R1-19-0081
G-DEP IDENTIFIER
FILE TITLE

DATE 12/16/2019

DIVISION/DISTRICT OFFICE
LAFD

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | SILVER-COLORED ROLEX "DATE JUST" | EVIDENCE |
| 1 | SILVER/GOLD COLORED ROLEX | |
| 1 | GOLD RING W/ DIAMONDS | |
| 1 | GOLD BRACELET W/ DIAMONDS | |
| 1 | BAG CONTAINING NUMEROUS MISC. KEYS | |
| 1 | UPS RECEIPTS | |
| 1 | SMALL ZIPLOCK W/ WHITE SUBSTANCE | |
| 3 | SMALL ZIPLOCK BAGS W/ NUMEROUS LIGHT GREEN PILLS MARKED [M] | |
| 1 | UNDETERMINED AMOUNT OF U.S. CURRENCY | |
| 1 | MISC. PAPERWORK AND FAKE CALIFORNIA DRIVER LICENSES | |

NOTHING FOLLOWS

RECEIVED BY (Signature)
NAME AND TITLE (Print or Type)
TFO T. SAILOR

WITNESSED BY (Signature)
NAME AND TITLE (Print or Type)
TFO M. OROPEZA

FORM DEA-12 (8-02) Previous editions obsolete         Electronic Form Version Designed in JetForm 5.2 Version

AO 93 (Rev. 12/09) Search and Seizure Warrant    (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>5046 La Jara Court, Lakewood, CA 90712 | ) <br> ) <br> ) Case No.    2:19-MJ-05341<br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Central__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:

  See Attachment A-1

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

  See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.  Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before __14 days from the date of its issuance__
                                                                                                  *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge __on duty at the time of the return through a filing with the Clerk__'s Office.
                                          *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __12/13/2019    16:50 p.m.__         _____
                                                                                                   *Judge's signature*

City and state:   __Los Angeles, California__           Hon. Michael R. Wilner, U.S. Magistrate Judge
                                                                                         *Printed name and title*

AUSA: Edward Han 213-894-8230